UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

LB and DB, on behalf of their minor son, PB,      Civil Action No.:
                                                       7:15-cv-05238-NSR-LMS

                         Plaintiffs,
    - against -

PAUL S. HINES and ANN H. HINES,           ECF CASE

                         Defendants.
------------------------------------------------------------- X

## DECLARATION OF STEPHEN J. RIEBLING, JR.

I, STEPHEN J. RIEBLING, JR., declare as follows under penalties of perjury:

1.     I respectfully submit this Declaration in opposition to Plaintiffs' motion, made pursuant to Fed. R. Civ. P. 56, seeking an Order for partial summary judgment (a) determining the liability of Defendant Paul S. Hines ("Hines") as to the Plaintiffs' First Claim for Sexual Battery, (b) determining Plaintiffs' entitlement to punitive damages, and (c) granting such other and further relief as this Court deems just and proper.

2.     The sole purpose of this Declaration is to submit Exhibits before the Court. These Exhibits are as follows:

     a.     Exhibit 1: A true and accurate copy of pages 90 to 125 and page 158 of Plaintiff PJB's Deposition of June 29, 2016;

     b.     Exhibit 2: A true and accurate copy of the Criminal Jury Charge (CJI2d[NY] PENAL LAW ARTICLE 130.40(2)).

     c.     Exhibit 3: A true and accurate copy of Plaintiff PB's Victim Impact Statement.

Dated: White Plains, New York
       May 16, 2017

                                        Yours, etc.,

                                        RIEBLING, PROTO & SACHS, LLP

                                        By: /s/ Stephen J. Riebling, Jr.
                                        Stephen J. Riebling, Jr., Esq.
                                        *Attorneys for Defendants*,
                                        One North Broadway, Suite 401
                                        White Plains, New York 10601
                                        Tel.: (914) 946-4808
                                        Fax:  (914) 287-7578

TO:   TACOPINA & SEIGEL
        Attorney for Plaintiffs,
        275 Madison Avenue, Fl. 35
        New York, New York 10016
        Tel: (212) 227-8877
        Fax: (212) 619-1028