UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LB, et al.,

                      Plaintiff(s),                    **ORDER**

      - against -                       15 Civ. 5238 (NSR)

HINES, et al.,

                      Defendant(s).

-----------------------------------------------------------X

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the Final Pretrial Conference scheduled for February 14, 2020 and the Jury selection/trial scheduled to commence on February 24, 2020 are both cancelled. It is further

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:     White Plains, New York
               January 31, 2020

                                                              Nelson S. Román, U.S.D.J.

Clerk of the Court requested to terminate the motion (doc. 62).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020